UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH HOUGH, | ) | CASE NO.CV 1:15-cv-02598-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE: CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO WITHDRAW AS** |
| UNIVERSITY HOSPITALS, et al | ) | **COUNSEL FOR PLAINTIFF** |
| | ) | |
| Defendants. | ) | |

    Attorney Claire I. Wade of The Spitz Law Firm, LLC, hereby respectfully moves this Honorable Court for an order permitting her withdrawal as counsel for Plaintiff Judith Hough, effective as of the date of the filing of this notice. For cause, due to confidential issues that cannot be revealed without breaching attorney-client privilege, there has been a breakdown in the attorney-client relationship that prevents attorney Wade from effectively representing the client in this case. Additionally, Counsel for Plaintiff requests that the Court allow Plaintiff a time period of not less than 45 days to secure alternate counsel and to stay the proceeding until new counsel is obtained.

    Counsel first made Ms. Hough aware of her intent to withdraw as counsel of record on October 5, 2016. Counsel then sent Plaintiff a letter, via certified mail on October 6, 2016, explaining their intent to terminate of the attorney client relationship.

    The granting of this Motion will not prejudice the Ms. Hough or Defendants as a trial date has not yet been set.

Respectfully submitted,

/s/ Claire I. Wade
Claire I. Wade (0093174)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: claire.wade@SpitzLawFirm.com

*Attorney For Plaintiff Judith Hough*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of October, 2016, the foregoing

*Motion to withdraw* was served on counsel for Defendants via email:

Jessica L Sanderson
Kerin Lyn Kaminski
Giffen & Kaminski, LLC
1300 East Ninth Street, Suite 1600
Cleveland Ohio 44114
kkaminski@thinkgk.com
Jsanderson@thinkgk.com

/s/ *Claire I. Wade*
Claire I. Wade (0093174)
**THE SPITZ LAW FIRM, LLC**